**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ANTHONY RAY CHATMAN,
ADC #98667                                                                                                  PLAINTIFF

v.                                           2:11-cv-00216-JLH-JTK

DANNY BURL, et al.                                                                                    DEFENDANTS

**ORDER**

By Order dated December 15, 2011, this Court directed the issuance of summons and service of Plaintiff's Complaint on Defendants (Doc. No. 5). Summons was returned, unexecuted, with respect to Defendant Ball on January 10, 2012 (Doc. No. 14). Included with the return and filed under seal is a memo containing Defendant Ball's last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Dr. Don Ball, and the United States Marshal is hereby directed to serve a copy of the summons and Complaint (Doc. No. 1) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 17th day of January, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE