# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ANTHONY RAY CHATMAN,                                                                          PLAINTIFF
ADC #98667

v.                                      2:11-cv-00216-JLH-JTK

DANNY BURL, et al.                                                                            DEFENDANTS

## ORDER

Plaintiff shall file a Response to Defendants' Motion for Summary Judgment (Doc. No. 25) within ten days of the date of this Order. Failure to file a Response may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 11th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE