IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY RAY CHATMAN,                                                                      PLAINTIFF
ADC #98667

v.                                        No. 2:11CV00216 JLH-JTK

DANNY BURL, *et al*.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the Motion for Summary Judgment filed by Defendants Burl and Green (Doc. No. 25) is GRANTED and these Defendants are DISMISSED from Plaintiff's Complaint, without prejudice.

IT IS SO ORDERED this 21st day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE