# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ANTHONY RAY CHATMAN,                                                                                PLAINTIFF
ADC #98667

v.                                         No. 2:11CV00216 JLH-JTK

CORRECTIONAL MEDICAL SERVICES, et al.                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the motions for summary judgment filed by defendants Strickland, Ball, and Corizon, Inc. (Doc. Nos. 33, 49), are GRANTED and plaintiff's complaint is DISMISSED, without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment (Doc. No. 44) is DENIED as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 11th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE