**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ANTHONY RAY CHATMAN,　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #98667

v.　　　　　　　　　　No. 2:11CV00216 JLH-JTK

CORRECTIONAL MEDICAL SERVICES, et al.　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 11th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE